**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 09-cv-01682-LTB-MEH

MELISSA ZAWADZKI,

    Plaintiff,

v.

THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL, a Colorado nonprofit corporation,
THE UNITED STATES OF AMERICA,
ERVYN MUNKS, M.D.,
CHARLES JONES, M.D.,
PHILIP CAMBE, M.D.,
R. WINFIELD HARTLEY, JR., M.D.,
JOHN DOES, M.D., 103, whose true names are unknown,

    Defendants.

---

**ORDER RE: STIPULATED MOTION TO DISMISS
R. WINFIELD HARTLEY, JR., WITH PREJUDICE**

---

THIS MATTER coming to be heard upon the Stipulated Motion for Dismissal *with Prejudice*, R. Winfield Hartley, Jr., M.D. **only** and the Court being fully advised in the premises,

HEREBY ORDERS, ADJUDGES AND DECREES that the Stipulated Motion for Dismissal *with* Prejudice as it pertains to R. Winfield Hartley, Jr., M.D., is **GRANTED**.

DATED this 2nd day of October, 2009.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge