**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No.  09-cv-01682-LTB-MEH

MELISSA ZAWADZKI,

        Plaintiff,

v.

THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL,
a Colorado nonprofit corporation,
THE UNITED STATES OF AMERICA,
ERVYN MUNKS, M.D.,
CHARLES JONES, M.D.,
PHILIP CAMBE, M.D.,
JOHN DOES, M.D., 103, whose true names are unknown,

        Defendants.

---

**ORDER**

---

THIS MATTER coming to be heard upon the Stipulation for Dismissal of Philip Cambe, M.D., With Prejudice (Doc 49 - filed October 6, 2009), **only** and the Court being fully advised in the premises,

HEREBY ORDERS, ADJUDGES AND DECREES that the Stipulation for Dismissal With Prejudice as it pertains to Philip Cambe, M.D., is **GRANTED**, each party to pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: October 7, 2009