## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-01682-LTB-MEH

MELISSA ZAWADZKI,

    Plaintiff,

v.

THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL,
a Colorado nonprofit corporation,
THE UNITED STATES OF AMERICA,
ERVYN MUNKS, M.D.,
CHARLES JONES, M.D.,
JOHN DOES, M.D., 103, whose true names are unknown,

    Defendants.

---

### ORDER

---

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal of Defendant United States of America (Doc 54 - filed October 16, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Defendant United States of America**, each party to pay their own fees and costs.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: October 19, 2009