### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Case No.  09-cv-01682-LTB-MEH
(Consolidated with Civil Action No. 09-cv-02450-LTB-MEH)

MELISSA ZAWADZKI,

  Plaintiff,

v.

THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL,
a Colorado nonprofit corporation,
ERVYN MUNKS, M.D.,
CHARLES JONES, M.D.,
JOHN DOES, M.D., 103, whose true names are unknown,

  Defendants.

_____

Civil Action No. 09-cv-02450-CMA

MELISSA ZAWADZKI,

  Plaintiff,

v.

THE UNITED STATES OF AMERICA,

  Defendant.

_____

### ORDER GRANTING MOTION TO CONSOLIDATE
_____

  THIS MATTER is before me on Plaintiff's Unopposed Motion to Consolidate (Doc 55 - filed October 16, 2009).  Upon review of the file and record in this matter, and being fully advised in the premises, it is therefore

ORDERED that the Motion to Consolidate is **GRANTED**. All future filings in these two actions will be made in Case No. 09-cv-01682-LTB-MEH with the caption as indicated above.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: October 19, 2009