# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No.  09-cv-01682-LTB-MEH
(Consolidated with Civil Action No. 09-cv-02450-LTB-MEH)

MELISSA ZAWADZKI,

      Plaintiff,

v.

THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL,
a Colorado nonprofit corporation,
THE UNITED STATES OF AMERICA,
ERYN MUNKS, M.D.,
CHARLES JONES, M.D.,
PHILIP CAMBE, M.D.,
R. WINFIELD HARTLEY, JR., M.D.,
JOHN DOES, M.D., 1-3, whose true names are unknown,

      Defendants.

## ORDER

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice of Defendant Eryn Munks. M.D., Only (Doc 78 - filed January 25, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Eryn Munks, M.D., only,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: January 26, 2010