IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-01682-LTB-MEH | Date: March 29, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

MELISSA ZAWADZKI,                                                Lorraine Parker

     Plaintiff,

vs.

THE COMMUNITY HOSPITAL ASSOCIATION,       Steve Hensen
CHARLES JONES, M.D., and                         Jared Ellis
THE UNITED STATES OF AMERICA,                Jamie Mendelson

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     1:53 p.m.

Court calls case. Appearances of counsel.

Court's initial comments.

Argument and discussion regarding Defendant USA's Motion for Order to Compel an Independent Medical Examination (Doc. #88, filed 3/23/10).

The Court takes the motion under advisement and will issue a written order.

**Court in recess:**     2:18 p.m.   **(Hearing concluded)**
**Total time in court:**   0:25