IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01682-LTB-MEH
(Consolidated with Civil Action No. 09-cv-02450-LTB-MEH

MELISSA ZAWADZKI,

        Plaintiff,

v.

THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY
HOSPITAL, a Colorado nonprofit corporation;
CHARLES JONES, M.D.,
JOHN DOES, M.D. 1-3, whose true names are unknown

_____

Civil Action No. 09-cv-02450-LTB-MEH

MELISSA ZAWADZKI,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA,

        Defendant.

## ORDER GRANTING REVISIONS TO SCHEDULING ORDER

Following the hearing on April 12, 2010 before Magistrate Hegarty and upon the filing of

the parties' Stipulated Proposed Revisions To Scheduling Order, the Court hereby ORDERS the

following revisions to the Scheduling Order.

### 8.  CASE PLAN AND SCHEDULE

      b.      Discovery Cut-off for fact and expert witnesses **January 31, 2011**;

c.      Dispositive Motion Deadline:  **February 15, 2011**;

d.      Expert Witness Disclosure

(3)      Plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 18, 2010**. Defendants will then have until **November 18, 2010**, to designate experts, and to supply opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2).

(4)      Any rebuttal experts will be designated, and counsel will provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 3, 2010**.

f.      Interrogatory Schedule:  All written discovery shall be submitted at least 33 days before the Discovery Cut-off date of January 31, 2011.

g.      Schedule for Request for Production of Documents:  All written discovery, including requests for production shall be submitted at least 33 days before the Discovery Cut-off date of January 31, 2011.

## 11.  DATES FOR FURTHER CONFERENCES

a.      A settlement conference will be held on July 8, 2010 at 9:00 a.m.

b.      A final pretrial conference will be held on **April 15, 2011** at 9:45 o'clock a.m.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five days before the final pretrial conference.

DATED this 29th day of April, 2010, in Denver, Colorado.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge