IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01682-LTB-MEH

MELISSA ZAWADZKI,

    Plaintiff,

v.

THE COMMUNITY HOSPITAL ASSOCIATION, d/b/a BOULDER COMMUNITY HOSPITAL,
a Colorado nonprofit corporation,
ERVYN MUNKS, M.D.,
CHARLES JONES, M.D., and
JOHN DOES, M.D., 103, whose true names are unknown,

    Defendants.

---

Civil Action No. 09-cv-02450-LTB

MELISSA ZAWADZKI,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 27, 2010.**

    Plaintiff's Motion for Protective Order Re: Rule 35 Psychiatric Evaluation [filed July 14, 2010; docket #123] is **denied without prejudice**. According to Defendants, it is possible that certain issues raised in the motion may be resolved by the parties. Therefore, the Court finds the matter is not ripe for disposition and the parties have not completed the conferral process required by Fed. R. Civ. P. 26(c) and D.C. Colo. LCivR 7.1A.