IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01682-LTB-MEH
(Consolidated with Civil Action No. 09-cv-02450-LTB-MEH)

MELISSA ZAWADZKI,

    Plaintiff,

vs.

THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL, a Colorado nonprofit corporation;
ERVYN MUNKS, M.D.,
CHARLES JONES, M.D.;
R. WINFIELD HARTLEY, JR., M.D.,
JOHN DOES, M.D. 1-3, whose true names are unknown

    Defendants.
_____
Civil Action No. 09-cv-02450-CMA

MELISSA ZAWADZKI,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.
_____

ORDER GRANTING DISMISSAL WITH PREJUDICE
OF DEFENDANT CHARLES JONES, M.D.
_____

    This matter coming on to be heard upon the Stipulation for Dismissal with Prejudice of Defendant Charles Jones, M.D.; and the Court being fully advised in the premises;

DOTH HEREBY ORDER, ADJUDGE AND DECREE that the within action between the Plaintiff and the Defendant Charles Jones, M.D., be and is hereby dismissed with prejudice, each party to pay his or her own costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this dismissal between the Plaintiff and this Defendant shall in no way constitute a release of the remaining Defendants and that the Plaintiff specifically reserves her right to proceed in the above-captioned civil action against the remaining Defendants.

DONE AND SIGNED in open Court this 21ST day of September, 2010.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock
U.S. District Court Judge