IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01682-LTB-MEH

MELISSA ZAWADZKI,

    Plaintiff,

v.

THE COMMUNITY HOSPITAL ASSOCIATION, d/b/a BOULDER COMMUNITY HOSPITAL,
a Colorado nonprofit corporation,

    Defendant.

---

Civil Action No. 09-cv-02450-LTB

MELISSA ZAWADZKI,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 21, 2010.**

    In light of the settlement of this matter on September 17, 2010, Defendant United States'
Rule 35 Motion for Independent Psychiatric Examination [filed September 17, 2010; docket #134]
is **denied as moot**.