IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01682-LTB-MEH
(Consolidated with Civil Action No. 09-cv-02450-LTB-MEH)

MELISSA ZAWADZKI,

    Plaintiff,

vs.

THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL, a Colorado nonprofit corporation;
JOHN DOES, M.D. 1-3, whose true names are unknown

    Defendants.
_____
Civil Action No. 09-cv-02450-LTB

MELISSA ZAWADZKI,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.
_____

ORDER GRANTING DISMISSAL WITH PREJUDICE
OF DEFENDANT COMMUNITY HOSPITAL ASSOCIATION,
d/b/a BOULDER COMMUNITY HOSPITAL (ONLY)
_____

    This matter coming on to be heard upon the Stipulated Motion to Dismiss All Claims Between Plaintiff and Defendant Community Hospital Association, d/b/a Boulder Community Hospital (Only) (Doc 150 - filed October 29, 2010), and the Court being fully advised in the premises, it is

ORDERED that the within action between the Plaintiff and the Defendant Community Hospital Association, d/b/a Boulder Community Hospital (only), be and is hereby dismissed with prejudice, each party to pay his or her own costs.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: November 1, 2010