**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-01682-LTB-MEH
   (Consolidated w/09-cv-02450-LTB)

MELISSA ZAWADZKI,

      Plaintiff,

v.

THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL,
a Colorado nonprofit corporation,
ERVYN MUNKS, M.D.,
CHARLES JONES, M.D.
JOHN DOES, M.D., 1-3, whose true names are unknown,

      Defendants.

___

Civil Case No. 09-cv-02450-LTB

MELISSA ZAWADZKI,

      Plaintiff,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Withdrawal of Motion to Enforce Settlement Agreement With Defendant United States of America (Doc 152 - filed November 1, 2010) is **GRANTED**.  Plaintiff's Motion (Doc 148) is **WITHDRAWN**.

Dated:   November 2, 2010
___