IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01682-LTB-MEH
(Consolidated with Civil Action No. 09-cv-02450-LTB-MEH)

MELISSA ZAWADZKI,

    Plaintiff,

vs.

THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL, a Colorado nonprofit corporation;
JOHN DOES, M.D. 1-3, whose true names are unknown

    Defendants.
_____

Civil Action No. 09-cv-02450-LTB

MELISSA ZAWADZKI,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.
_____

ORDER OF DISMISSAL
_____

    THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 154 - filed December 21, 2010), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                               BY THE COURT:

                                 s/Lewis T. Babcock
                               Lewis T. Babcock, Judge

DATED: December 22, 2010